UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-5684-MWF(JPRx)**                                  Dated: **January 26, 2016**

Title:    Adia, LLC, et al. *-v-* Nicholas A. Arquette, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed January 26, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 29, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk    cw
CIVIL - GEN

-1-